Roy R. Baker, appellee, v. John B. Ludwig, appellant. Gen. No. 35,506.

Opinion filed January 25, 1932. Rehearing denied and additional opinion filed February 8, 1932.

Otto C. Rentner, for appellant; Richard J. Flannigan, of counsel. Tage Joranson, for appellee.

Mr. Justice Matchett delivered the opinion of the court.